```
             UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Cliff Conneighton**

    **v.**                                 Case No. 15-cv-133-PB

**Emery Martin USA LLC and**
**CHR Group USA Inc.**


### O R D E R


The motion to dismiss (doc. no. 6) is denied without prejudice. Plaintiff shall file an amended complaint within 14 days asserting any claim that plaintiff intends to assert against CHR Group USA Inc. based on either a joint employment theory or an oral contract theory. Defendants shall either answer the amended complaint or file a renewed motion to dismiss within 14 days after the amended complaint is filed.

    SO ORDERED.

                                          /s/Paul Barbadoro
                                          Paul Barbadoro
                                          United States District Judge

September 22, 2015

cc:   Courtney H.G. Herz, Esq.
      Meghan S. Glynn, Esq.
      Coren H. Stern, Esq.
      Joelle A. Simms, Esq.
      Daniel P. Schwarz, Esq.